No. 10–10952.  HOWARD *v.* PRIMROSE TRANSPORTATION MANAGEMENT ET AL.  Ct. App. Ind.  Certiorari denied.

No. 10–10953.  HEISHMAN *v.* MARTEL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–10955.  STEWART *v.* TREASE.  Ct. App. Utah.  Certiorari denied.

No. 10–10957.  SHERROD *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–10958.  SUMMERS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–10959.  SPARKS *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 10–10960.  ROSEBROUGH *v.* BUTLER.  C. A. 6th Cir.  Certiorari denied.

No. 10–10961.  SHABAZZ *v.* WILLIAMS, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 10–10962.  SUTHERLAND *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY.  C. A. 4th Cir.  Certiorari denied.

No. 10–10965.  MONROE *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 10–10966.  CARDENAS *v.* SAN ANTONIO POLICE DEPARTMENT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–10967.  THOMAS *v.* LOUISIANA.  Ct. App. La., 3d Cir.  Certiorari denied.

No. 10–10968.  GOLLEHON *v.* MAHONEY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–10969.  HUBER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–10970.  SANDERS *v.* VARE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.